■ EVELYN BRANT et al., Appellants, v NATIONAL GRANGE MUTUAL INSURANCE COMPANY, Respondent. [605 NYS2d 965] — Appeal from an order and judgment of the Supreme Court (Viscardi, J.), entered May 7, 1992 in Essex County, which, *inter alia,* granted defendant's cross motion for summary judgment dismissing the complaint.

Order and judgment affirmed, upon the opinion of Justice Dominick J. Viscardi.

Weiss, P. J., Mikoll, Mercure and Mahoney, JJ., concur. Ordered that the order and judgment is affirmed, with costs.